United States District Court
Northern District of California

OLUCHI NNACHI,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No.: 13-5582-KAW

ORDER VACATING MARCH 20, 2014 MOTION HEARING

On January 21, 2014, the City and County of San Francisco filed a motion to dismiss and for a more definite statement. The motion is set for hearing on March 20, 2014. Pursuant to Civil Local Rule 7-1(b), the court deems the matter suitable for disposition without oral argument. Accordingly, the hearing set for March 20, 2014 is hereby vacated.

IT IS SO ORDERED.

Dated: March 17, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge