United States District Court
Northern District of California

OLUCHI NNACHI,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.

Case No.: 4:13-cv-05582-KAW

ORDER REGARDING FIRST AMENDED COMPLAINT; TERMINATING PENDING MOTION TO DISMISS; AND CONTINUING CASE MANAGEMENET CONFERENCE

      On March 21, 2014, the Court granted Defendant's motion to dismiss Plaintiff's complaint and for a more definite statement. (Mar. 21, 2014 Order, Dkt. No. 16.) Plaintiff filed an amended complaint on April 15, 2014. (Am. Compl., Dkt. No. 17.) The complaint, however, only contains a single cause of action and omits the causes of action that were not dismissed in the Court's prior order.

      In the parties' May 13, 2014 joint case management statement, Plaintiff indicates that: "The [C]ourt ordered me to amend my 5th cause of action and not the whole complaint. I want the [C]ourt to include other causes of action from the original complaint not stricken by the [C]ourt . . . ." (Joint Case Mgmt. Conf. Stmt., Dkt. No. 24.)

      Given that Plaintiff proceeds *pro se* in this case, Plaintiff should be aware that an amended complaint will supersede or replace the original complaint, and the original complaint will thereafter be treated as nonexistent. *Armstrong v. Davis*, 275 F.3d 849, 878 n.40 (9th Cir. 2001), abrogated on other grounds by *Johnson v. Cal.*, 543 U.S. 499 (2005). An amended complaint must therefore be complete in itself without reference to the prior or superseded pleading, as "[a]ll causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), overruled on other grounds by

*Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012).  In light of Plaintiff's comment in the parties' joint case management conference statement, it appears that Plaintiff erroneously limited his first amended complaint to a single cause of action instead of including all causes of action not previously dismissed by the Court.

Accordingly, the Court will permit Plaintiff to file a second amended complaint alleging all remaining causes of action, i.e., the first, second, third, and fifth causes of action, by no later than May 30, 2014.  As the second amended complaint will supersede the first amended complaint, the Court terminates Defendants' motion to dismiss the first amended complaint.  The case management conference currently set for May 20, 2014 is continued to August 12, 2014.

IT IS SO ORDERED.

Dated: May 15, 2014

KANDIS A. WESTMORE
United States Magistrate Judge

2