1 | DENNIS J. HERRERA, State Bar #139669
  | City Attorney
2 | ELIZABETH S. SALVESON, State Bar #837788
  | Chief Labor Attorney
3 | AMY D. SUPER, State Bar # 274617
  | Deputy City Attorney
4 | Fox Plaza
  | 1390 Market Street, 5th Floor
5 | San Francisco, California 94102-5408
  | Telephone:     (415) 554-3931
6 | Facsimile:     (415) 554-4248
  | E-Mail:        amy.super@sfgov.org
7 |
  | Attorneys for Defendant
8 | CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OLUCHI NNACHI, | Case No. C 13-5582 KAW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendants. | Judge:  Hon. Kandis A. Westmore |
| | Place:  1301 Clay Street, Oakland, CA |
| | Date Action Filed: December 3, 2013 |
| | Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER          1          n:\labor\li2014\140663\00968561.docx
CASE NO. C 13-5582

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) Plaintiff filed a Third Amended Complaint in this matter on September 12, 2014.

2) Defendant City and County of San Francisco (CCSF) filed a Motion to Dismiss Plaintiff's Third Amended Complaint on October 7, 2014.

3) Plaintiff filed an Opposition to Defendant's Motion to Dismiss his Third Amended Complaint on October 28, 2014.  Defendants' Reply is due November 4, 2014.

3) The attorney assigned to this case for Defendant was out of the office sick most of the week of October 24, 2014.

4) In light of this fact, the parties agree to extend Defendant's deadline to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss his Third Amended Complaint to November 13, 2014.

Dated:  November 3, 2014

By:   /s/AMY D. SUPER_____
AMY D. SUPER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


By:  /s/OLUCHI NNACHI_____
OLUCHI NNACHI
In Pro Per


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendant's deadline to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss his Third Amended Complaint is continued to November 13, 2014. The hearing currently set for November 20, 2014 is continued to December 18, 2014.

Dated: 11/03/2014

_____
THE HONORABLE KANDIS A. WESTMORE

STIPULATION AND [PROPOSED] ORDER          2           n:\labor\li2014\140663\00968561.docx
CASE NO. C 13-5582