UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUCHI NNACHI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.  13-cv-05582-KAW<br><br>**ORDER VACATING DECEMBER 18, 2014 HEARING; CONTINUING JANUARY 6, 2015 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 46 |

    The City and County of San Francisco has filed a motion to dismiss Oluchi Nnachi's third amended complaint.  The motion is currently set for hearing on December 18, 2014.  The Court finds the matter suitable for disposition without hearing pursuant to Civil Local Rule 7-1(b) and vacates the December 18, 2014 hearing.  The Court will issue a written order on the motion.

    In addition, the case management conference currently scheduled for January 6, 2015 is continued to March 10, 2015.

    **IT IS SO ORDERED**.

Dated:  12/10/14

KANDIS A. WESTMORE
United States Magistrate Judge