United States District Court
Northern District of California

OLUCHI NNACHI,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.

Case No.: 13-5582-KAW

AMENDED ORDER VACATING APRIL 2, 2015 MOTION HEARING

The City and County of San Francisco's motion to dismiss is set for hearing on April 2, 2015. Pursuant to Civil Local Rule 7-1(b), the Court deems the matter suitable for disposition without oral argument. Accordingly, the hearing set for April 2, 2015 is hereby vacated. The Court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: March 26, 2015

                                                      KANDIS A. WESTMORE
United States Magistrate Judge