1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #837788
    Chief Labor Attorney
3   AMY D. SUPER, State Bar # 274617
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 5th Floor
5   San Francisco, California 94102-5408
    Telephone:     (415) 554-3931
6   Facsimile:      (415) 554-4248
    E-Mail:          amy.super@sfgov.org
7
    Attorneys for Defendant
8   CITY AND COUNTY OF SAN FRANCISCO

9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12
    OLUCHI NNACHI,                          Case No. C 13-5582 KAW
13
              Plaintiff,                    **STIPULATION TO CONTINUE CASE**
14                                          **MANAGEMENT CONFERENCE AND**
          vs.                               **[PROPOSED ORDER]**
15
    CITY AND COUNTY OF SAN                  Date:           November 10, 2015
16  FRANCISCO, ET AL.,                      Judge:          Hon. Kandis A. Westmore
                                            Place:          1301 Clay Street
17            Defendants.                                   Oakland, CA
                                            Date Action Filed: December 3, 2013
18                                          Trial Date:     None Set

19

20

21

22

23

24

25

26

27

28

1    IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

2    1)    By mutual agreement of the parties, the parties agree and stipulate to a continuance of

3    the Case Management Conference scheduled on November 10, 2015 to November 24, 2015.

4    2)    The parties request that the Case Management Conference be continued from

5    November 10, 2015 to November 24, 2015 or as soon thereafter as the Court deems proper.

6    Dated:  November 10, 2015

7                                                 By:   /s/*AMY D. SUPER*
                                                 AMY D. SUPER
8                                                 Attorneys for Defendant
                                                 CITY AND COUNTY OF SAN FRANCISCO
9

10                                                By:  /s/*OLUCHI NNACHI*
                                                 OLUCHI NNACHI
11                                                In Pro Per

12

13                          **ATTESTATION OF E-FILED SIGNATURE**

14         I, Amy D. Super, am the ECF User whose ID and password are being used to file this

15    Stipulation to Continue Case Management Conference and [Proposed] Order.  In compliance with

16    Local Rule 5-1(i)(3), I attest that Oluchi Nnachi has read and approved this pleading and consents to

17    its filing in this action.

18

19    Dated:  November 10, 2015

20                                                By:   /s/*AMY D. SUPER*
                                                 AMY D. SUPER
21                                                Attorneys for Defendant
                                                 CITY AND COUNTY OF SAN FRANCISCO

22

23

24

25

26

27

28

1

2

3                          **[PROPOSED] ORDER**

4   PURSUANT TO STIPULATION, IT IS SO ORDERED:

5       The Case Management Conference currently scheduled for November 10, 2015 is continued to

6   November 24, 2015 at 1:30 p.m.

7

8       Dated: 11/10/15

9                          _____
                           THE HONORABLE KANDIS A. WESTMORE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28