UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUCHI NNACHI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 13-cv-05582-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On November 22, 2016, the Court held a case management conference, where Plaintiff Oluchi Nnachi did not appear.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than December 8, 2016, why he should not pay monetary sanctions in the amount of $500 for his failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: November 22, 2016

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge