Oluchi Nnachi, pro se
784 Alcatraz Avenue
Oakland, CA. 94609



FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLUCHI NNACHI

Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO

Defendant

Case No. 13-cv-05582-KAW

CASE DISMISSAL

The defendant in the above referenced case has paid in-full the damages as ordered by the court.

The case is hereby dismissed.

Dated: Jan, 6th, 2018

Oluchi Nnachi

CV-127 (09-09)  PLEADING PAGE FOR A SUBSEQUENT DOCUMENT